COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 June 25, 2015
 No. 10-14-00407-CR
 MICHAEL EDWARD STRICKLAND
 v.
 THE STATE OF TEXAS
 
 
 From the 82[nd] District Court
 Falls County, Texas
 Trial Court No. 8033
 
--------------------------------------------------------------------------------
JUDGMENT

 This appeal has been considered by the Court. Because the Court finds that Michael Edward Strickland has failed in his duty to prosecute this appeal with diligence, it is the judgment of this Court that the appeal is dismissed. 
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk